# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| MAOQUAN LIN, | ) | CASE NO. 4:26-cv-384 |
| | ) | |
| Petitioner, | ) | JUDGE CHARLES E. FLEMING |
| | ) | |
| v. | ) | |
| | ) | |
| SHERIFF JERRY GREENE, *et al.*, | ) | **ORDER** |
| | ) | |
| Respondents. | ) | |
| | ) | |

On February 16, 2026, Petitioner Maoquan Lin filed an application for a writ of habeas corpus under 28 U.S.C. § 2241, challenging the lawfulness of Petitioner's current detention without a bond hearing ("Petition"). (ECF No. 1).  The Court has reviewed the Petition pursuant to 28 U.S.C. § 2243, and, for good cause shown, **ORDERS** as follows:

1. The Clerk of Court shall forward a copy of the Petition, together with this Order, to all Respondents and to the Office of the United States Attorney, Northern District of Ohio.

2. Respondents shall respond to the Petition by February 25, 2026.

3. Petitioner shall file any reply in support of the Petition by March 4, 2026.

4. The Court will schedule a hearing, if necessary, after the parties have filed their submissions.

**IT IS SO ORDERED.**

Date: February 18, 2026

*[signature: Charles Fleming]*

_____
**CHARLES E. FLEMING**
**UNITED STATES DISTRICT JUDGE**