**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MAOQUAN LIN, | ) | CASE NO. 4:26-cv-384 |
| | ) | |
| Petitioner, | ) | JUDGE CHARLES E. FLEMING |
| | ) | |
| v. | ) | |
| | ) | |
| SHERIFF JERRY GREENE, *et al.*, | ) | **ORDER FOR SUPPLEMENTAL** |
| | ) | **BRIEFING** |
| Respondents. | ) | |
| | ) | |

On February 16, 2026, Petitioner Maoquan Lin filed an application for a writ of habeas corpus under 28 U.S.C. § 2241, challenging the lawfulness of Petitioner's current detention without a bond hearing ("Petition"). (ECF No. 1). The Government's response states that Petitioner had a "bond/custody redetermination and master calendar hearing before the U.S. Immigration court on February 26, 2026, in Youngstown, Ohio." (ECF No. 4, PageID #40, 45). The Government attached a "Motion for Bond Redetermination" filed by Petitioner, which referenced a master hearing scheduled for February 26, 2026, (ECF No. 4-3, PageID #61), as well as a "Notice of Internet-Based Hearing" referencing the same February 26, 2026 master hearing, (ECF No. 4-4). Petitioner filed a reply that did not address the February 26, 2026 hearing. It did not acknowledge that it took place, verify the nature of the hearing, or discuss what specifically transpired during it. Without more information, the Court cannot determine whether Petitioner was afforded a bond hearing that would potentially moot the Petition's request for relief.

Accordingly, by close of business on March 23, 2026, the Court **ORDERS** the Government to file a brief addressing: (i) whether a hearing before an immigration judge was held for Petitioner on February 26, 2026; (ii) the nature of said hearing; and (iii) what determinations, if any, were made by the immigration judge. Petitioner shall file any response to the Government's brief by

1

close of business on March 30, 2026. Either party may provide whatever transcripts, declarations, affidavits, or other evidence they deem necessary to address the questions posed by the Court.

**IT IS SO ORDERED.**

Date: March 16, 2026

_____
**CHARLES E. FLEMING**
**UNITED STATES DISTRICT JUDGE**